No. 95–259. WALTERS *v.* METROPOLITAN EDUCATIONAL EN-
TERPRISES, INC., ET AL.; and

No. 95–779. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*v.* METROPOLITAN EDUCATIONAL ENTERPRISES, INC., ET AL.
C. A. 7th Cir. Certiorari granted, cases consolidated, and a total
of one hour allotted for oral argument. 

No. 95–331. SIVASKANDAN *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied. 

No. 95–481. CITY OF CARLSBAD ET AL. *v.* WARREN. C. A. 9th
Cir. Certiorari denied. 

No. 95–744. GILBERT *v.* NATIONAL LABOR RELATIONS BOARD
ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 95–793. AMERICAN TRAIN DISPATCHERS ASSN. *v.* SUR-
FACE TRANSPORTATION BOARD ET AL. C. A. D. C. Cir. Certio-
rari denied. 

No. 95–929. ADHIYAPPA *v.* IMMIGRATION AND NATURALIZA-
TION SERVICE. C. A. 6th Cir. Certiorari denied. 

No. 95–931. UPS WORLDWIDE FORWARDING, INC. *v.* UNITED
STATES POSTAL SERVICE; and

No. 95–944. AIR COURIER CONFERENCE OF AMERICA/INTER-
NATIONAL COMMITTEE *v.* UNITED STATES POSTAL SERVICE.
C. A. 3d Cir. Certiorari denied. 

No. 95–948. TERM AUTO SALES, INC., ET AL. *v.* CITY OF
CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied. 

No. 95–953. LIBERTY CABLE CO., INC. *v.* CITY OF NEW YORK
ET AL. C. A. 2d Cir. Certiorari denied. 

No. 95–962. CSX TRANSPORTATION, INC., ET AL. *v.* FRITSCH
ET AL. C. A. D. C. Cir. Certiorari denied.